# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QFIX SYSTEMS, LLC and<br>ANHOLT TECHNOLOGIES, INC.<br>d/b/a QFIX, | : <br> : <br> : <br> : | |
| Plaintiffs | : <br> : | |
| v. | : <br> : | Civil Action No. 23-cv-00077-CJB |
| KLARITY MEDICAL PRODUCTS, LLC, | : <br> : | JURY TRIAL DEMANDED |
| Defendant | : | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Section 2 of this Court's Scheduling Order, D.I. 21, Plaintiffs Qfix Systems, LLC and Anholt Technologies, Inc. d/b/a Qfix ("Plaintiffs" or "Qfix"), by and through their undersigned counsel, file this Unopposed Motion for Leave to Amend Complaint. Plaintiffs respectfully move this Court for leave to file an Amended Complaint, a copy of which is attached to this Motion as Exhibit A; a redline showing the differences between the Complaint and the proposed Amended Complaint is attached as Exhibit B.

Pursuant to Local Rule 7.1.1, Plaintiffs have conferred with Defendant, and Defendant has confirmed that it does not oppose this Motion.

Date: October 17, 2023

Respectfully submitted,

*/s/ Andrew J. Koopman*
Andrew J. Koopman (DE Bar No. 5288)
Christopher H. Blaszkowski (DE Bar No. 5673)
RatnerPrestia
2200 Renaissance Blvd., Ste. 350
King of Prussia, PA 19406
Telephone: (610) 407-0700

2

       Fax: (610) 407-0701
       akoopman@ratnerprestia.com
       cblaszkowski@ratnerprestia.com

       ***Attorneys for Plaintiffs Qfix Systems, LLC and Anholt Technologies, Inc. d/b/a Qfix***